**Motion Granted and Order filed October 4, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00203-CR
_____

### TIPTON S. MCMAHON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 185th District Court
Harris County, Texas
Trial Court Cause No. 1272892**

## ORDER

Appellant is represented by appointed counsel, **Patricia Sedita**. Appellant's brief was originally due May 31, 2018. We have granted a total of 110 days to file appellant's brief until September 18, 2018. On the last extension, we noted no further extensions would be granted absent extraordinary circumstances.

On October 1, 2018, counsel filed a motion for a further extension of time until November 18, 2018 to file appellant's brief. The motion states she needs to

visit appellant, an inpatient at Rusk State Hospital, to determine how best to represent his interests.

We **GRANT** the request until **November 18, 2018**. <u>**No further extensions will be granted.**</u>

If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison